UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KEVIN LORENZO CHAPMAN,**

    Petitioner,

v.                                                         Case No. 1:17cv179-TKW-GRJ

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    Respondent.

_____/

## **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 32). Petitioner was granted multiple extensions of time to file objections (Docs. 34, 36), but no objections were filed. Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination that Petitioner's amended habeas petition under 28 U.S.C. §2254 should be denied. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's amended habeas petition (Doc. 7) is **DENIED.**

3. A certificate of appealability is **DENIED**.

4. The Clerk shall close the file.

**DONE and ORDERED** this 17th day of November, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**